IN THE UNITED STATES DISTRICT COURT

FOR THE ___ Eastern DISTRICT OF Pennsylvania

John A DeSalvo ___ (Your Name),
    Movant

    v.

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,
    Respondent

I, John A DeSalvo (your name), (am now/was previously) a customer of E-Trade Financial 200 Hudson Street 6th Floor Jersey City NJ 07302 (name and address of financial institution) and I am the customer whose records are being requested by the United States Securities and Exchange Commission.

The financial records sought by the United States Securities and Exchange Commission are not relevant to the legitimate law enforcement inquiry stated in the Customer Notice that was sent to me because Blazar token has its own separate financial documents. The requested is my personal, my wifes, and disabled children account funds I will seperatly provide Blazar token Financial. See attached

or should not be disclosed because there has not been substantial compliance with the Right to Financial Privacy Act of 1978 in that

or should not be disclosed on the following other legal basis:

I declare under penalty of perjury that this statement foregoing is true and correct.

_____
(signature)

Dated: 05-20-22 ___

## DENIAL FOR REQUEST OF PERSONAL FINANCIAL DOCUMENTS

To: UNITED STATES DISTRICT COURT
    Eastern District of Pennsylvania
    601 N Market Street, Philadelphia, PA 19106

Sub.: Denial for request to review personal financial records for JOHN A DESALVO
SS# 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 for Ocean First Bank, E-Trade Financial, and TD BANK NA

Sir,

I , JOHN A DE SALVO, hereby respectfully DENY The UNITED STATES SECURITY & EXCHANGE COMMISSION , ( SEC) to gain access to and review the financial documents requested by such from OCEAN FIRST BANK, TD BANK, and E-TRADE FINANCIAL. These documents are in no way related to the stated, BLAZAR TOKEN LLC or any of its constituents when it comes to Liquidity removal or funds of any sort. These are all finances that are handled internally by DSDAQ.io, DEX-TRADE, COINSBIT.io, TOKPIE, and Pancake Swap Decentralized exchange. The requested financial records belong to John DeSalvo, Cailee DeSalvo, Dennis DeSalvo, and Minors Dominic DeSalvo and Arabella DeSalvo. These are used for everyday expenses and include payroll disability checks, and household expenses and there is medical items on there as well that are private matters. I will however provide these documents to be reviewed in person with myself and counsel present.

Furthermore, Good afternoon and thank you for taking the time to read my informative letter regarding the request for my personal banking records in relation to BLAZAR Token, and my denial of such. These records have absolutely ZERO connection with BLAZAR token and are affiliated with my wife, my father, and my Childrens disability funds. All of BLAZARS trading and funds are held on privately run exchanges and all transactions are listed online for all to see. Crypto leaves nothing hidden, anything that has been transferred leaves a trail and this is why the world, and myself included loves crypto over the corrupt World we live in. As you know I am the founder of BLAZAR Token and came up with the initial idea and applied for Trademarking rights on such. We hired a professional crypto development team and this included marketing and advertising teams. BLAZAR as you know is a crypto token and ALL transactions are set in stone and clear and concise for all to see . It cannot be manipulated , changed , or involved in any corruption whatsoever if proper protocol is followed . I ensured that not only is this what happened , but that we were always completely transparent to the public regarding such. As a team we decided to go public and offer BLAZAR token on 04/21/2022 on one decentralized exchange entitled Pancake Swap, along with four centralized exchanges entitled DSDAQ.Io , Dex-trade, TOKPIE, and Coinsbit.Io. When launching a token the most important thing one must look for is the locking of the liquidity by the tokens admin. 18 minutes after launching BLAZAR token we LOCKED

ALL Liquidity until 2025 on a liqudity locking app entitled **DX.APP**.   What this does is it removes ALL power from BLAZARS team to access any funds regarding BLAZAR.  It it's completely independent and run by the exchanges. This means that ALL investors money is safe and secure and cannot be involved in what is known as a rug pull due to the liquidity being locked away and inaccessible for 3 years.  It is to ensure credibility , and trust by our team regarding the project going forward. Every single transaction on any of these exchanges is reported and listed on **BSCSCAN.com**.  This is a complete ledger of All transactions of Buy / Sell for BLAZAR Token. The records you requested are my personal banking records for my family, and my disability payments for my children.  There is nothing regarding BLAZAR token on my personal finances. Due to the liquidity lock for BLAZAR, and I will attach reports showing such, there cannot be any accessibility to ANY Form of withdrawals for three years minimum.  This token was created as a LONG Term project and we have only been in existence for three months. I will gladly meet you and go over each and every BLAZAR transaction line for line since trading started on 04/21/22. Tbe trading, it's monitoring, and holding, dispersing of tradable equities is all handled by the exchanges and we at BLAZAR Token relinquished this ability the moment we locked away the liquidity on **DX.APP**. You can follow the blockchain for EVERY single buy and sell ever and see that nothing ever was associated with myself or Anyine associated with me.  I will provide you with any paperwork needed, go over easy and every transaction line by line , and even take multiple polygraphs to prove my innocence and lack of any connect in with this token  whatsoever. As of this date most exchanges are still up and running, you can trade BLAZAR token, and you can follow all transactions via the BSCscan which shows we are not involved in any capacity whatsoever.  That address is :

**https://www.bscscan.com/token/0xaFe82CF5200ADE2457090d5cCbBa1d0577b5db50**

Here is a link to all transactions done on the decentralized exchanges :

**https://www.bscscan.com/token/0xaFe82CF5200ADE2457090d5cCbBa1d0577b5db50#tokenTrade**

Here is the link providing the liquidity to the exchange:

**https://www.bscscan.com/tx/0xda4770c1742a9e9c76c1cc5b82b2dfacf4e60b3de6be6be866a41df614bff4c9**

This link shows the 408,000 CAKE LP tokens issued.  If a token holds the LP tokens that means the creators have not cashed in any tokens:

**https://www.bscscan.com/token/0xc599b83bca7e8309d8a9fea6ad33d627006f1af3?a=0x87fb518b26eae3b80883315ef312a2a2e5f02f2d**

**The locking of the liquidity was done on DX.APP and here is the link that provides that information :**

https://www.bscscan.com/token/0xc599b83bca7e8309d8a9fea6ad33d627006f1af3?a=0x87fb518b26eae3b80883315ef312a2a2e5f02f2d

If anyone needs additional information, including my Financials, I will gladly bring them in and go over them In person with counsel present.

I have been threatened, my home was shot at, my Childrens lives put in jeopardy; and I will not stand for this type of action by anyone. I have submitted a cease and desist order to the individual who brought this matter to your attention , and to Be quite honest he is very inept when it comes to Crypto and all the answers you seek are right there in the open all one needs to do is look. We are not only not affiliated with any type of scam as accused, but we are the most open, and honest crypto out there. Every member has identified himself or herself , provided their phone numbers, emails , addresses for all to see.  This was a MAJOR mistake on our end but we didn't know any better and we're simply trying to be as transparent as possible. What I can guarantee you is that not one single penny was ever fake. Illicitly from this token, or it's holders.  To This date Not a single Liquidity token was cashed in and I ensured that would be the case when I took The security measures necessary to do so by locking the Liqidity.  With that said, in closing I respectfully decline to Present anyone to subpoena and go over my financials.  I will however gladly go over them, and every other financial record i have associated with BLAZAR token with you in person any time you would like me to. My number is 609-382-2223 and you can email me at Johnadesalvo@icloud.com. What you will find is that all of us here at BLAZAR have the best interests of the investors And their families.

Thank you for your time,

John A DeSalvo

Founder BLAZAR Token

8-19-2022

Signature of the person authorized

BLAZAR TOKEN LLC

# LOCKING OF LIQUIDITY

This information is not to be construed as legal advice. Legal advice must be tailored to the specific circumstances of each case. Although we attempt to provide up-to-date information, laws and regulations often change. We make no claims, promises, or guarantees about the accuracy or completeness of this document.
**For legal advice, please consult an attorney.**

This is to advise you what LIQUIDITY is, and what it means to lock it away. When a token is created the Initial liquidity is added to a decentralized exchange to establish the initial price. This is usually in the form of US DOLLARS and hedged against the value of the token you are listing.  As the individual listing the token you can add to , and remove liquidity at any time and this then affects the price of the token. If you remove liquidity it then drops the price of the token and it is essentially taking the shareholder ( Token Holder) ( Investors) money.  This makes investors very wary of investing with your company. The way to alleviate this and instill investors confidence in your token is to LOCK the Liquidity with a third party APP for an extended period of time. What this does is 100% in its entirety take the power away from the tokens creators, and leave only the third party app with the tokens liquidity As the liquidity builds the creator will want to continue to lock the liquidity away to ensure all the tokens value is still there. Just as the US Treasury and Reserve holds GOLD to back our dollar, these third party or decentralized apps hold the Liquidity to back the tokens price. In BLAZARS case when we added the initial liquidity we were issued what is called LIQUIDITY ( LP TOKENS) in the form of a token called CAKE LP TOKENS.   These cake LP tokens are what back the value of BLAZAR. They are essentially our GOLD. Immediately after BLAZAR Token was listed on Pancakeswap for trading we were issued 287,000 CAKE LP TOKENS.  We then immediately , within 18 minutes, LOCKED ALL of Blazar Tokens CAKE LP Tokens with a 3rd party App called DX.APP for THREE Years until May of 2025. This means that as of this time BLAZAR has ZERO, absolutely without a doubt NO CONTROL of Blazars Tokens Price or Liquidity. Additionally as Blazar started to trade and increase in price on two separate locations we locked more Liquidity onto DX.APP for 3-5 additional years as well. We now have over 408,000 CAKE LP TOKENS and as you can see with the attached paperwork, ALL 408,000 TOKENS are LOCKED AWAY for 3-5 years on DX.APP meaning that BLAZAR Token, myself, or anyone who has anything to do with BLAZAR is now ABSOLUTELY IMPOSSIBLE UNABLE to gain any access whatsoever to any of BLAZAR Tokens liquidity, or GOLD if you will.  It is locked away under lock and key with a 3 year window. Think of a CD in a bank . SO with all of this said what we have is a bunch of uninformed, or knowledge lacking investors who don't understand the way that crypto works, and that the only reason why Blazer token would go up , or down in price is by investors ( THEMSELVES) buying or selling a token. BLAZAR itself is no longer able to

touch any money associated with it and only token holders can gain access to these funds. This is all very clear and concise information for those that understand the way that crypto works. unfortunately what we have found is that these are mostly new investors to crypto and when they saw the price fall their first response was someone stole money. Well this is absolutely impossible as you can see. The only way to gain access is to sell tokens. Well I was issued 10 Billion tokens and if you look under the token holders page, I still hold every single one of those 10 billion tokens. I have never sold a single token of my initial 10 billion, and I locked all the liquidity meaning that as of this date, and for the next 2.5 years I will not and can not gain access to a single dollar of liquidity from Blazar. This really is a five minute investigation once someone see's the information in its entirety. The problem is no one takes the time to review  anything that is listed directly on BSCSCAN.com.   In closing, not only did no one ever take any liquidity from BLAZAR, but Blazar is one of the most , if not the most secure token on any exchange,. Every single dollar of liquidity is locked away, and will continue to be ,locked away for years to come,

Very truly yours,
John A DeSalvo

5-20-22





Proof Liquidity is Locked

4:06 ◢                                    .ıl LTE ▱



dx.app 🔒
Binance Smart Chain

☰  ·Ọ·  ?  ◤  ✕  0.15

Liquidity Locker



BLAZAR/WBNB

BLAZAR ADDRESS 🔗   WBNB ADDRESS 🔗

LOCKER CONTRACT 🔗

## Lock Timer



1030:14:38:18

Total Supply of LP
406847.8808673548
LP in Locker (71%)
289553.5314137281
Unlock Date
8 May 2025 at 06:44
# Lockers
1

‹   ›   🔍         •••

# HOW TO CONFIRM IF TRULY A TOKEN'S LIQUIDITY IS LOCKED

First, locate the token contract, this could be found in the blockchain scanner of that particular token. Lets say the token we are talking about is a BSc token, so we head to the bscscan.com and locate the contract address of the token.

🔒 **bscscan.com**

**Overview**     **Internal Txns**     **Logs (8)**     ⋮

**Comments**

Binance: WBNB Token

**Tokens Transferred:** ④

▸ **From** 0x87fb518b26eae3b808...  **To**
PancakeSwap V2: BLAZ...  **For**  250,000,000  🦇
BLAZAR (BLAZAR)

▸ **From** PancakeSwap: Router v2 **To**
PancakeSwap V2: BLAZ...  **For**  50 ($11,945.66)
🔶 Wrapped BNB (WBNB)

▸ **From** Null Address: 0x000...000 **To**
Null Address: 0x000...000 **For**
0.000000000000001  ⬡ Pancake LPs (Cake-L...)

▸ **From** Null Address: 0x000...000 **To**
0x87fb518b26eae3b808...  **For**
111,803.398874989484819458  ⬡ Pancake LPs
(Cake-L...)

Text

**Value:**

50 BNB    ($11,933.50)

**Transaction Fee:**

0.00212249 BNB   ($0.51)

**BNB Price:**

$406.59 / BNB

7:21 🢅

AA ⬇   🔒 bscscan.com   ↻

| | |
|---|---|
| 59 days 23 hrs ago | Null Address: 0x000...00C |
| 60 days 6 hrs ago | Null Address: 0x000...00C |
| 63 days 5 hrs ago | Null Address: 0x000...00C |
| 64 days 8 hrs ago | Null Address: 0x000...00C |
| 64 days 8 hrs ago | Null Address: 0x000...00C |
| 64 days 8 hrs ago | 0x87fb518b26eae3b808. |
| 64 days 11 hrs ago | Null Address: 0x000...00C |

Export records in CSV format

[Download CSV Export ⬇]

#1 is Liquidity Added to PancakeSwap.  # 2 is
the locking of the liquidity 3 hours later on
DX.APP for 3 years



## Token Pancake LPs ⓘ

Buy ⌄    Exchange ⌄    Earn ⌄

Gaming ⌄

Sponsored: ◆ Binance - Join the world's largest crypto exchange. **Sign Up Now.**

### Overview    BEP-20

PRICE
$0.00 @ 0.000000 BNB

FULLY DILUTED MARKET CAP ⓘ
$0.00

Total Supply:
406,847.880867 **Cake-LP** ⓘ

Holders:
6 addresses

Transfers:
41



### Profile Summary



3:58 ✈

.ıll 5G 🔋

# 🍄 bscscan.com 🔒
## Binance Smart Chain

☰

| **Overview** | Internal Txns | Logs (8) | ⋮ |

**Comments**

Contract

0x10ed43c718714eb63d5aa57b78b54704e256024e
(PancakeSwap: Router v2) ✅ 📋

└ TRANSFER **50 BNB** From PancakeSwap: Router v2 To →
Binance: WBNB Token

**Tokens Transferred:** 4

▸ **From** 0x87fb518b26eae3b808... **To**
PancakeSwap V2: BLAZ... **For** 250,000,000 ⬛
BLAZAR (BLAZAR)

▸ **From** PancakeSwap: Router v2 **To**
PancakeSwap V2: BLAZ... **For** 50 ($11,107.80)
🔶 Wrapped BNB (WBNB)

▸ **From** Null Address: 0x000...000 **To**
Null Address: 0x000...000 **For** 0.000000000000001
⬡ Pancake LPs (Cake-L...)

▸ **From** Null Address: 0x000...000 **To**
0x87fb518b26eae3b808... **For**
111,803.398874989484819458 ⬡ Pancake LPs
(Cake-L...)

**Value:**

50 BNB   ($11,095.50)

**Transaction Fee:**

0.00212249 BNB   ($0.47)

⟨   ⟩   🔍   1   ⌂   •••



Liquidity Never Removed

This website uses cookies to improve your experience and has an updated Privacy Policy.

Transfers     Info     Contract     Analytics

A total of 16 transactions found

First    <    Page 1 of 1    >

| Txn Hash | Method ⓘ | Age | From | | To | Quantity |
|----------|----------|-----|------|---|----|----------|
| 0xfe6891fd05870495e66... | 0xac613708 | 49 days 8 hrs ago | 0x87fb518b26eae3b808... | OUT | 0x3f5419beeb01a1bc9c... | 289,553.5314137 |
| 0xc971ea8fa764be29c2... | Transfer | 49 days 8 hrs ago | 0x405e5a833bd75bf628... | IN | 0x87fb518b26eae3b808... | 289,553.5314137 |
| 0xc52bae8193b3929db9... | Transfer | 49 days 8 hrs ago | 0x87fb518b26eae3b808... | OUT | 0x405e5a833bd75bf628... | 286,663.8154266 |
| 0x0585cebf1962aef86c5... | Remove Liquidity... | 112 days 7 hrs ago | 0x87fb518b26eae3b808... | OUT | PancakeSwap V2: BLAZ... | 35,430.35921004 |
| 0xc34a80353dc0ee3265... | Process_Fees_Now | 112 days 7 hrs ago | Null Address: 0x000...000 | IN | 0x87fb518b26eae3b808... | 692.18296544175 |
| 0x0e0ef9f444cd9805911... | Add Liquidity ET... | 112 days 8 hrs ago | Null Address: 0x000...000 | IN | 0x87fb518b26eae3b808... | 294,349.3091079 |
| 0xd90cc32eaf82123852... | Process_Fees_Now | 112 | Null Address: 0x000...000 | IN | 0x87fb518b26eae3b808... | 10,851.68629449 |

[ Download CSV Export ⬇ ]

## Transaction Details



Sponsored: 🎮 Geopoly NFT Game · Earn GeoCoin with 60/180% APY while you sleep **Watch More Here**

**Overview**    Internal Txns    Logs (8)    Comments

| | |
|---|---|
| ⓘ Transaction Hash: | 0xda4770c1742a9e9c76c1cc5b82b2dfacf4e60b3de6be6be866a41df614bff4c9 📋 |
| ⓘ Status: | ✔ Success |
| ⓘ Block: | 17152754    3510214 Block Confirmations |
| ⓘ Timestamp: | ⏱ 122 days 18 hrs ago (Apr-22-2022 12:12:02 AM +UTC) |
| ⓘ From: | 0x87fb518b26eae3b80883315ef312a2a2e5f02f2d 📋 |
| ⓘ To: | 🔍 Contract 0x10ed43c718714eb63d5aa57b78b54704e256024e (PancakeSwap: Router v2) ✔ 📋 |
| | └ TRANSFER 50 BNB From PancakeSwap: Rout... To → Binance: WBNB To... |
| ⓘ Tokens Transferred: ④ | • From 0x87fb518b26eae... To PancakeSwap V2:... For 250,000,000 ▪ BLAZAR (BLAZAR) |
| | • From PancakeSwap: Ro... To PancakeSwap V2:... For 50 ($14,694.94) ◈ Wrapped BNB (WBNB) |
| | • From Null Address: 0x00... To Null Address: 0x00... For 0.000000000000001 ◎ Pancake LPs (Cake-L...) |
| | • From Null Address: 0x00... To 0x87fb518b26eae... For 111,803.398874989484819458 ◎ Pancake LPs (Cake-L...) |
| ⓘ Value: | 50 BNB   ($14,701.50) |
| ⓘ Transaction Fee: | 0.00212249 BNB  ($0.62) |
| ⓘ BNB Price: | $406.59 / BNB |
| Click to see More ↓ | |
| ⓘ Private Note: | To access the Private Note feature, you must be Logged In |



🌐 This website uses cookies to improve your experience and has an updated Privacy Policy.



## SUBPOENA

# UNITED STATES OF AMERICA
## SECURITIES AND EXCHANGE COMMISSION

### In the Matter of Blazar Token, P-02377

**To:**  E*TRADE Financial, LLC
200 Hudson St., 6th Floor
Jersey City, NJ  07302

---

☒  **YOU MUST PRODUCE** everything specified in the Attachment to this subpoena to officers of the Securities and Exchange Commission, at the place, date and time specified below:

ENF-CPU, U.S. Securities and Exchange Commission, 14420 Albemarle Point Place, Suite 102 Chantilly, VA 20151-1750, no later than August 30, 2022 at 5:00 p.m.

---

☐  **YOU MUST TESTIFY** before officers of the Securities and Exchange Commission, at the place, date and time specified below:

---

### FEDERAL LAW REQUIRES YOU TO COMPLY WITH THIS SUBPOENA.

If you do not comply with this subpoena, the SEC may bring an action in Federal Court to enforce this subpoena.
Failure to comply with a court order enforcing this subpoena may result in the court imposing a fine, imprisonment, or both.

---

By:  *Assunta Vivolo*                     Date:    August 16, 2022
Assunta Vivolo, Assistant Regional Director
U.S. Securities and Exchange Commission
Philadelphia Regional Office
One Penn Center, 1617 JFK Boulevard, Suite 520
Philadelphia, PA 19103

I am an officer of the U.S. Securities and Exchange Commission authorized to issue subpoenas in this matter. The Securities and Exchange Commission has issued a formal order authorizing this investigation under Section 20(a) of the Securities Act of 1933, Section 21(a) of the Securities Exchange Act of 1934, and Section 209(a) of the Investment Advisers Act of 1940.

NOTICE TO WITNESS: If you claim a witness fee or mileage, submit this subpoena with the claim voucher.



# SUBPOENA

# UNITED STATES OF AMERICA
## SECURITIES AND EXCHANGE COMMISSION

### In the Matter of Blazar Token, P-02377

**To:**  TD Bank, NA
Subpoena Compliance
1701 Route 70 East, 1st Floor,
Cherry Hill, NJ 08003

---

☒   **YOU MUST PRODUCE** everything specified in the Attachment to this subpoena to officers of the Securities and Exchange Commission, at the place, date and time specified below:

ENF-CPU, U.S. Securities and Exchange Commission, 14420 Albemarle Point Place, Suite 102 Chantilly, VA 20151-1750, no later than August 29, 2022 at 5:00 p.m.

---

☐   **YOU MUST TESTIFY** before officers of the Securities and Exchange Commission, at the place, date and time specified below:

---

### FEDERAL LAW REQUIRES YOU TO COMPLY WITH THIS SUBPOENA.
If you do not comply with this subpoena, the SEC may bring an action in Federal Court to enforce this subpoena.
Failure to comply with a court order enforcing this subpoena may result in the court imposing a fine, imprisonment, or both.

By:  *Assunta Vivolo*                           Date:   August 15, 2022
Assunta Vivolo, Assistant Regional Director
U.S. Securities and Exchange Commission
Philadelphia Regional Office
One Penn Center, 1617 JFK Boulevard, Suite 520
Philadelphia, PA 19103

I am an officer of the U.S. Securities and Exchange Commission authorized to issue subpoenas in this matter. The Securities and Exchange Commission has issued a formal order authorizing this investigation under Section 20(a) of the Securities Act of 1933, Section 21(a) of the Securities Exchange Act of 1934, and Section 209(a) of the Investment Advisers Act of 1940.

NOTICE TO WITNESS: If you claim a witness fee or mileage, submit this subpoena with the claim voucher.



# SUBPOENA

# UNITED STATES OF AMERICA
## SECURITIES AND EXCHANGE COMMISSION

### In the Matter of Blazar Token, P-02377

**To:**  TD Bank, NA
Subpoena Compliance
1701 Route 70 East, 1st Floor,
Cherry Hill, NJ 08003

---

☒ **YOU MUST PRODUCE** everything specified in the Attachment to this subpoena to officers of the Securities and Exchange Commission, at the place, date and time specified below:

ENF-CPU, U.S. Securities and Exchange Commission, 14420 Albemarle Point Place, Suite 102 Chantilly, VA 20151-1750, no later than August 29, 2022 at 5:00 p.m.

---

☐ **YOU MUST TESTIFY** before officers of the Securities and Exchange Commission, at the place, date and time specified below:

---

### FEDERAL LAW REQUIRES YOU TO COMPLY WITH THIS SUBPOENA.
If you do not comply with this subpoena, the SEC may bring an action in Federal Court to enforce this subpoena.
Failure to comply with a court order enforcing this subpoena may result in the court imposing a fine, imprisonment, or both.

By: *Assunta Vivolo*                          Date:   August 15, 2022
Assunta Vivolo, Assistant Regional Director
U.S. Securities and Exchange Commission
Philadelphia Regional Office
One Penn Center, 1617 JFK Boulevard, Suite 520
Philadelphia, PA 19103

I am an officer of the U.S. Securities and Exchange Commission authorized to issue subpoenas in this matter. The Securities and Exchange Commission has issued a formal order authorizing this investigation under Section 20(a) of the Securities Act of 1933, Section 21(a) of the Securities Exchange Act of 1934, and Section 209(a) of the Investment Advisers Act of 1940.

NOTICE TO WITNESS: If you claim a witness fee or mileage, submit this subpoena with the claim voucher.